IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 NOV -9 AM 11:45
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

        Plaintiff,

-vs-

Jonathan Ingalls,

        Defendant.

Case No. 3:16:cr:068

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, **Jonathan Ingalls**, hereby waives his/~~her~~ right to a speedy trial in order to **be set for a status conference**. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 11-9-16

_____
United States Magistrate Judge

Defendant: _____

Defense Counsel: _____